# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 31, 2023

## NO. 03-22-00780-CV

**M. Y., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND JONES
## AFFIRMED -- OPINION BY JUSTICE JONES

This is an appeal from the order terminating parental rights signed by the trial court on December 2, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.